IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH CRAWFORD,

    Plaintiff,                                        CV F 03 6615 LJOP WMW

  vs.                                                           ORDER TO SHOW CAUSE

C/O FOUCH, et al.,

    Defendants.

    YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Lawrence J. O'Neill, U.S. District Judge for dismissal for lack of prosecution.

    YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed. Such affidavits or certificates are to be filed within thirty days of the date of service of this order. Failure to comply will result in dismissal of the action and/or other sanctions.

IT IS SO ORDERED.

1  **Dated:**     **March 16, 2007**                      **/s/  William M. Wunderlich**
   j14hj0                                         UNITED STATES MAGISTRATE JUDGE